JON S. ALLIN (State Bar No. 155069)
SCHWARZKOPF & ALLIN
1545 River Park Drive, Suite 400
Sacramento, CA 95815
Telephone: (916) 925-6000
Fax: (916) 925-6041
Email: jonallin@sbcglobal.net

Attorney for Plaintiff
ALEXANDRA NICHOLSON


CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN BARKER (State Bar No. 245991)
SNR Denton US LLP
2121 N. California Boulevard, Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Emails:  cynthia.mellema@snrdenton.com
         jeffry.butler@snrdenton.com
         megan.barker@snrdenton.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALEXANDRA NICHOLSON,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:11-cv-03018-GEB-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request the Court approve and give effect to their stipulation:

1. The current deadline to disclose expert witnesses in this action is August 1, 2012, and the deadline to disclose rebuttal experts is August 31, 2012.

2. The parties have been actively engaged in non-expert discovery, but in the specific context of this case, the parties believe they can better develop their respective positions by having expert disclosure deadlines more closely aligned with the close of all discovery.

3. Continuing the expert disclosure deadlines will require no change to any other case management dates set by the Court, including the January 31, 2013 close of all discovery.

NOW, THEREFORE, IT IS AGREED AND STIPULATED THAT the expert discovery deadlines are extended as follows:

| | |
|---|---|
| Expert disclosures | October 31, 2012 |
| Rebuttal expert disclosures | November 30, 2012 |

All other deadlines, including the discovery cutoff date, shall remain in effect.

IT IS SO STIPULATED.

Dated: July __, 2012             SCHWARZKOPF & ALLIN

                                 By   /s/ Jon Allin (as authorized on 7/2/12)
                                         JON S. ALLIN
                                 Attorneys for Plaintiff
                                 ALEXANDRA NICHOLSON

Dated: July __, 2012             SNR DENTON US LLP

                                 By _____/s/ Jeffry Butler_____
                                         JEFFRY BUTLER
                                 Attorneys for Defendant
                                 ALLSTATE INSURANCE COMPANY

   IT IS SO ORDERED.

**Date: 7/10/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28