JON S. ALLIN (State Bar No. 155069)
SCHWARZKOPF & ALLIN
1545 River Park Drive, Suite 400
Sacramento, CA 95815
Telephone: (916) 925-6000
Fax: (916) 925-6041
Email: jonallin@sbcglobal.net

Attorney for Plaintiff
ALEXANDRA NICHOLSON


CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN BARKER (State Bar No. 245991)
SNR Denton US LLP
2121 N. California Boulevard, Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Emails:   cynthia.mellema@snrdenton.com
          jeffry.butler@snrdenton.com
          megan.barker@snrdenton.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALEXANDRA NICHOLSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALLSTATE INSURANCE COMPANY,<br>and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No. 2:11-cv-03018-GEB-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request the Court approve and give effect to their stipulation:

1.　The current deadline to disclose expert witnesses in this action is August 1, 2012, and the deadline to disclose rebuttal experts is August 31, 2012.

2. The parties have been actively engaged in non-expert discovery, but in the specific context of this case, the parties believe they can better develop their respective positions by having expert disclosure deadlines more closely aligned with the close of all discovery.

3. Continuing the expert disclosure deadlines will require no change to any other case management dates set by the Court, including the January 31, 2013 close of all discovery.

NOW, THEREFORE, IT IS AGREED AND STIPULATED THAT the expert discovery deadlines are extended as follows:

    Expert disclosures    October 31, 2012

    Rebuttal expert disclosures    November 30, 2012

All other deadlines, including the discovery cutoff date, shall remain in effect.

IT IS SO STIPULATED.

Dated: July __, 2012    SCHWARZKOPF & ALLIN

By  /s/ Jon Allin (as authorized on 7/2/12)
    JON S. ALLIN
Attorneys for Plaintiff
ALEXANDRA NICHOLSON

Dated: July __, 2012    SNR DENTON US LLP

By _____/s/ Jeffry Butler_____
    JEFFRY BUTLER
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

**Date: 7/10/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28