IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDRA NICHOLSON,  )
                Plaintiff,  )   2:11-cv-03018-GEB-KJN
                  )
     v.  )   ORDER AMENDING THE STATUS
                  )   (PRETRIAL SCHEDULING) ORDER
ALLSTATE INSURANCE COMPANY,  )
                Defendant.*  )
_____  )

        Pursuant to the parties' Stipulation Continuing Dates Set in Scheduling Order, filed on September 27, 2012, the Status (Pretrial Scheduling) Order is amended as follows:

        All discovery shall be completed by April 1, 2013; each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before December 31, 2012, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before January 31, 2013; the last hearing date for motions shall be June 3, 2013, commencing at 9:00 a.m.; the final pretrial conference is set for August 12, 2013, at 11:00 a.m. in courtroom 10; and trial commences at 9:00 a.m. on October 22, 2013, in courtroom 10.

---

    *   The caption has been amended according to the automatic dismissal of Doe Defendants prescribed in the March 1, 2012 Status Order. (ECF No. 8, 1:22-28.)

1

Plaintiff's counsel, Jon S. Allin, also states in the September 27, 2012 Stipulation as follows:

> 1. Counsel for plaintiff Alexandra Nicholson, Jon S. Allin, is presently winding up his private law practice to commence a position with the California Attorney General's Office and is therefore legally prohibited from continuing to represent individual parties in private litigation, including in the present action.
>
> 2. Plaintiff Alexandra Nicholson is actively seeking new legal representation in the present action but has not yet retained new counsel. Plaintiff anticipates that retaining new counsel and allowing that counsel sufficient time to become familiar with the case and to effectively undertake the representation will reasonably require that the dates and deadlines contemplated in the existing scheduling order should be continued at least 60 days.

(ECF No. 12, 1:26-2:7.)

It is unclear if Mr. Allin is seeking to withdraw as Plaintiff's counsel, leaving Plaintiff *in propria persona,* at this time. If Mr. Allin is currently seeking to withdraw, leaving Plaintiff *in propria persona,* he shall file a Motion to Withdraw in compliance with Local Rule 182 and the Rules of Professional Conduct of the State Bar of California.

Dated:  October 1, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge