RALPH E. LAIRD (State Bar No. 166984)
Mackenroth & Laird, LLP
134 Almond Street
Auburn, CA 95603
Tel: (530) 889-1912
Fax: (530) 889-1962

Attorneys for Plaintiff
Alexandra Nicholson

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN BARKER (State Bar No. 245991)
SNR Denton US LLP
525 Market Street, 26th Floor
San Francisco, CA 94102-2734
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
Allstate Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexandra Nicholson, | No. 2:11-cv-03018-GEB-KJN |
| Plaintiff, | **Stipulation and [Proposed] Order Continuing Dates Set in Scheduling Order** |
| v. | |
| Allstate Insurance Company, et al., | |
| Defendants. | |

The Parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request the Court approve and give effect to their stipulation:

1.  On October 9, 2012, Ronald C. Schwarzkopf, of Schwarzkopf Law, substituted in as counsel for Plaintiff Alexandra Nicholson in place of her former attorney, Jon S. Allin, formerly of Schwarzkopf & Allin. At that time, Mr. Allin was winding up his practice and commencing a position with the California Attorney General's Office.

2. On Friday, December 7, 2012, Ralph E. Laird, of Mackenroth & Laird, LLP, substituted in as counsel for Plaintiff Alexandra Nicholson in place of her former attorney, Ronald C. Schwarzkopf.

3. On Monday, December 10th and Tuesday, December 11th of 2012, counsel for the parties discussed the dates and deadlines of the scheduling order at length in an effort to agree on new proposed dates and deadlines in order to allow additional time for disclosure of experts, for completion of discovery, and to file motions. In particular, counsel for the parties discussed additional discovery to take place before experts are disclosed, having the discovery completion deadline approximately two months before the deadline to hear motions, and having the Final Pretrial Conference take place at least two months after the deadline to hear motions.

4. The existing scheduling order dates are as follows:

| | |
|---|---|
| Initial expert witnesses disclosed by: | December 31, 2012 |
| Rebuttal experts disclosed by: | January 31, 2013 |
| All discovery completed by: | April 1, 2013 |
| Last hearing date for motions: | June 3, 2013 |
| Final Pretrial Conference: | August 12, 2013 |
| Trial to commence: | October 22, 2013 |

NOW, THEREFORE, IT IS AGREED AND STIPULATED THAT good cause exists to continue the above events to the following dates:

| | |
|---|---|
| Initial expert witnesses disclosed by: | March 29, 2013 |
| Rebuttal experts disclosed by: | April 26, 2013 |
| All discovery completed by: | June 29, 2013 |
| Last hearing date for motions: | August 29, 2013 |
| Final Pretrial Conference: | November 11, 2013 |
| Trial to commence: | January 20, 2014 |

Dated: December 13, 2012                    MACKENROTH & LAIRD LLP


By:      */s/ Ralph E. Laird*
         Ralph E. Laird
         Attorneys for Plaintiff
         Alexandra Nicholson


Dated: December 13, 2012                    SNR DENTON US LLP


By:   */s/ Jeffry Butler (as authorized on 12/13/12)*
      Jeffry Butler
      Attorneys for Defendant
      Allstate Insurance Company


    IT IS SO ORDERED except since two of the proposed dates are court holidays and one is not an available hearing date for law and motion, the last hearing date for motions is rescheduled for August 26, 2013, at 9:00 a.m. and the pretrial conference is rescheduled for November 4, 2013, at 11:00 a.m. A joint pretrial statement shall be filed seven days prior to the hearing. The trial is rescheduled for January 28, 2014, at 9:00 a.m.

Dated: December 13, 2012


GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and [Proposed] Order Continuing Dates Set in Scheduling Order