1  RALPH E. LAIRD (State Bar No. 166984)
   Mackenroth & Laird, LLP
2  134 Almond Street
   Auburn, CA 95603
3  Tel: (530) 889-1912
   Fax: (530) 889-1962
4
   Attorneys for Plaintiff
5  Alexandra Nicholson

6

7  CYNTHIA L. MELLEMA (State Bar No. 122798)
   JEFFRY BUTLER (State Bar No. 180936)
   MEGAN BARKER (State Bar No. 245991)
8  SNR Denton US LLP
   525 Market Street, 26th Floor
9  San Francisco, CA 94102-2734
   Telephone: (415) 882-5000
10 Facsimile: (415) 882-0300

11 Attorneys for Defendant
   Allstate Insurance Company
12

13

14              UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| Alexandra Nicholson, | No. 2:11-cv-03018-GEB-KJN |
| Plaintiff, | **Stipulation and [Proposed] Order Continuing Dates Set in Scheduling Order** |
| v. | |
| Allstate Insurance Company, et al., | |
| Defendants. | |

   The Parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request the Court to approve and give effect to their stipulation:

   1.   On October 9, 2012, Ronald C. Schwarzkopf, of Schwarzkopf Law, substituted in as counsel for Plaintiff Alexandra Nicholson in place of her former attorney, Jon S. Allin, formerly of Schwarzkopf & Allin. At that time, Mr. Allin was winding up his practice and commencing a position with the California Attorney General's Office.

2. On Friday, December 7, 2012, Ralph E. Laird, of Mackenroth & Laird, LLP, substituted in as counsel for Plaintiff Alexandra Nicholson in place of her former attorney, Ronald C. Schwarzkopf.

3. The parties have proceeded with additional written discovery and productions of documents and have completed the depositions of Plaintiff and an Allstate employee, Jess Molina. Two depositions are currently scheduled for March 22nd, and additional depositions are anticipated and would preferably be completed before the initial expert disclosure date which is currently March 29, 2013. One of the witnesses had a death in his family which caused continuance of his deposition, which remains to be scheduled. The parties have agreed to continue the dates for the initial expert witness disclosure and the rebuttal expert disclosure as set forth below. The parties believe continuance of these disclosure dates will not impact any of the other dates currently set in the scheduling order.

4. The existing scheduling order dates are as follows:

| | |
|---|---|
| Initial expert witnesses disclosed by: | March 29, 2013 |
| Rebuttal experts disclosed by: | April 26, 2013 |
| All discovery completed by: | June 29, 2013 |
| Last hearing date for motions: | August 26, 2013 |
| Final Pretrial Conference: | November 4, 2013 |
| Trial to commence: | January 28, 2014 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Stipulation and [Proposed] Order Continuing Dates Set in Scheduling Order

1   NOW, THEREFORE, IT IS AGREED AND STIPULATED THAT good cause exists to
2 continue to the dates for initial expert witnesses disclosure and rebuttal expert disclosure to the
3 following dates:

4     Initial expert witnesses disclosed by:     April 26, 2013
5     Rebuttal experts disclosed by:             May 24, 2013

6   The date for completion of discovery, the last date for motions, the date for the Final Pretrial
7 Conference, and the date to commence Trial shall remain the same as set forth herein above.

8 Dated: March 18, 2012                MACKENROTH & LAIRD LLP

10                                    By:     /s/ Ralph E. Laird
                                              Ralph E. Laird
11                                            Attorneys for Plaintiff
                                              Alexandra Nicholson

13 Dated: March 18, 2012                SNR DENTON US LLP

15                                    By:  /s/ Jeffry Butler (as authorized on 3/18/12)
                                           Jeffry Butler
16                                         Attorneys for Defendant
                                           Allstate Insurance Company

19       IT IS SO ORDERED.

20 Dated:  March 20, 2013

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge

3
Stipulation and [Proposed] Order Continuing Dates Set in Scheduling Order