RALPH E. LAIRD (State Bar No. 166984)
Mackenroth & Laird, LLP
134 Almond Street
Auburn, CA 95603
Tel: (530) 889-1912
Fax: (530) 889-1962

Attorneys for Plaintiff
Alexandra Nicholson


CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN BARKER (State Bar No. 245991)
SNR Denton US LLP
525 Market Street, 26th Floor
San Francisco, CA 94102-2734
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
Allstate Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexandra Nicholson,<br><br>        Plaintiff,<br><br>v.<br><br>Allstate Insurance Company, et al.,<br><br>        Defendants.<br>_____ | No. 2:11-cv-03018-GEB-KJN<br><br>**Stipulation and [Proposed] Order Continuing Dates Set in Scheduling Order** |

The Parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request the Court to approve and give effect to their stipulation:

1.      On October 9, 2012, Ronald C. Schwarzkopf, of Schwarzkopf Law, substituted in as counsel for Plaintiff Alexandra Nicholson in place of her former attorney, Jon S. Allin, formerly of Schwarzkopf & Allin.  At that time, Mr. Allin was winding up his practice and commencing a position with the California Attorney General's Office.

2.      On Friday, December 7, 2012, Ralph E. Laird, of Mackenroth & Laird, LLP, substituted in as counsel for Plaintiff Alexandra Nicholson in place of her former attorney, Ronald C. Schwarzkopf.

3.      The parties have proceeded with additional written discovery and productions of documents and have completed the depositions of Plaintiff and an Allstate employee, Jess Molina. Two depositions are currently scheduled for March 22nd, and additional depositions are anticipated and would preferably be completed before the initial expert disclosure date which is currently March 29, 2013. One of the witnesses had a death in his family which caused continuance of his deposition, which remains to be scheduled. The parties have agreed to continue the dates for the initial expert witness disclosure and the rebuttal expert disclosure as set forth below. The parties believe continuance of these disclosure dates will not impact any of the other dates currently set in the scheduling order.

4.      The existing scheduling order dates are as follows:

| | |
|---|---|
| Initial expert witnesses disclosed by: | March 29, 2013 |
| Rebuttal experts disclosed by: | April 26, 2013 |
| All discovery completed by: | June 29, 2013 |
| Last hearing date for motions: | August 26, 2013 |
| Final Pretrial Conference: | November 4, 2013 |
| Trial to commence: | January 28, 2014 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    NOW, THEREFORE, IT IS AGREED AND STIPULATED THAT good cause exists to
2 continue to the dates for initial expert witnesses disclosure and rebuttal expert disclosure to the
3 following dates:

4    Initial expert witnesses disclosed by:    April 26, 2013
5    Rebuttal experts disclosed by:    May 24, 2013

6    The date for completion of discovery, the last date for motions, the date for the Final Pretrial
7 Conference, and the date to commence Trial shall remain the same as set forth herein above.

8 Dated: March 18, 2012                                    MACKENROTH & LAIRD LLP

10                                                                    By:        /s/ Ralph E. Laird
                                                                            Ralph E. Laird
11                                                                          Attorneys for Plaintiff
                                                                            Alexandra Nicholson

13 Dated: March 18, 2012                                    SNR DENTON US LLP

15                                                                    By:   /s/ Jeffry Butler (as authorized on 3/18/12)
                                                                            Jeffry Butler
16                                                                          Attorneys for Defendant
                                                                            Allstate Insurance Company

19    IT IS SO ORDERED.

20 Dated:  March 20, 2013

22                                                                    _____
                                                                    GARLAND E. BURRELL, JR.
23                                                                  Senior United States District Judge