Ralph E. Laird (State Bar No. 166984)
Mackenroth & Laird
919 Reserve Drive, Suite 120
Roseville, CA 95678
Tel: 916-724-1755
Fax: 530-889-1962

Attorney for Plaintiff
Alexandra Nicholson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Alexandra Nicholson,<br><br>        Plaintiff,<br><br>v.<br><br>Allstate Insurance Company, et al.,<br><br>        Defendants. | No. 2:11-cv-03018-TLN-KJN<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS FOR FILING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO ALLSTATE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:        August 22, 2013<br>Time:        2:00pm<br>Place:       Courtroom 2, 15th Floor<br>Before: Hon. Troy L. Nunley |

   Plaintiff Alexandra Nicholson has requested the Court to seal documents for filing along with, and in support of, Plaintiff's Opposition to Allstate Insurance Company's Motion for Summary Judgment or in the Alternative Motion for Summary Adjudication, which is scheduled for hearing on August 22, 2013, at 2:00pm, in Courtroom 2.   The request is granted.

   The document to be sealed for filing is entitled, "Supplement Declaration of Ralph E. Laird

in Support of Plaintiff's Opposition to Allstate Insurance Company's Motion for Summary Judgment or in the Alternative Motion for Summary Adjudication" (herein after the "Supplemental Laird Declaration"), which consists of 25 pages consecutively numbered 1 through 25 (numbers identified in circles at the bottom right corner of each page), and includes the following exhibits thereto:

| | |
|---|---|
| Exhibit 20 | Copy of an Allstate's General Guidelines dated November 2009 and bates marked stamped AIC 551. |
| Exhibit 21 | Copy of excerpts from Deposition of Robert Jobe |
| Exhibit 22 | Copy of excerpts from Deposition of Farnk Iaccino |

Said 25 page document (which is attached to Plaintiff's Request to Seal Documents for Filing in Support of Plaintiff's Opposition to Allstate Insurance Company's Motion for Summary Judgment or in the Alternative Motion for Summary Adjudication, shall be sealed and filed so that it may be considered by the Court in deciding said motion.

The persons permitted to have access to the Supplemental Laird Declaration, including the exhibits thereto, are the Court and its personnel, Plaintiff and her counsel, and Allstate and its counsel.

**IT IS SO ORDERED.**

Dated:   Dated: August 7, 2013

_____
Troy L. Nunley
United States District Judge